UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No.: 8:15-cv-00099-EAK-AEP

RONALD COX,

      Plaintiff,

v.

ALLIED INTERSTATE, LLC,

      Defendant.

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on March 18, 2016, and the results of that conference are indicated below:

The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:
1. All individual parties and their respective trial counsel.
2. Designated corporate representatives

No individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered.

The outcome of the mediation conference was: The case has been completely settled.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been sent by United States mail to: W. John Gadd, Esquire, 2727 Ulmerton Road, Suite 250, Clearwater, FL 33762; John A. Wirthlin, Esquire, Greenberg Traurig, LLP, 625 East Twiggs Street, Suite 100, Tampa, FL 33602-3925; and to Patrick G.

Broderick, Esquire, Greenberg Traurig, LLP, 777 South Flagler Drive, West Palm Beach, FL 33401-6167.

/s/ Jeffrey R. Fuller
Jeffrey R. Fuller, Mediator
Post Office Box 47668
St. Petersburg, FL 33743
(727) 430-0203
jrfuller@fulleradr.com